

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Amber Renee Craker,

\* From the 42nd District Court
of Taylor County
Trial Court No. 27346A.

Vs. No. 11-17-00299-CR

\* September 19, 2019

The State of Texas,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.